# United States Court of Appeals
## For the First Circuit

No. 12-1952

ONE AND KEN VALLEY HOUSING GROUP, ET AL.,

Plaintiffs, Appellants,

v.

MAINE STATE HOUSING AUTHORITY,

Defendant/Third-Party Plaintiff, Appellee,

v.

SHAUN DONOVAN, Secretary, U.S. Department of Housing &
Urban Development,

Third Party Defendant, Appellee.

ERRATA

The opinion of this Court issued on May 14, 2013, should be amended as follows:

On page 17, line 5-6, "<u>Boyle</u> v. <u>United Techs. Corp</u>. 487 U.S. 500, 507 (1988)" should be changed to "<u>Boyle</u> v. <u>United Techs Corp.</u>, 487 U.S. 500, 507 (1988)."

On page 17, line 11, "<u>Corr. Servs. Corp.</u>, 534 U.S. at 74 n.6" should be changed to "<u>Corr. Servs. Corp.</u> v. <u>Malesko</u>, 534 U.S. 61, 74 n.6 (2001)."